```
UNITED STATES DISTRICT COURT                    ORIGINAL
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X
                                         :
UNITED STATES OF AMERICA                 :
                                         :
        -v-                              :
                                         :
AARON CALLOCK,                           :
ARTHUR LOWE,                             :    ORDER
  a/k/a "Mark,"                          :    07 Cr. 500
DANE CLARKE,                             :
  a/k/a "Hawk,"                          :
JENNY SUE LEASURE,                       :
TAMERIA MCKENNEY,                        :
BETTY CRAVEN,                            :
ROBERTA BRASSEUR,                        :
JOSEPH HARTLINE,                         :
  a/k/a "Mike,"                          :
CHRISTIN VANCAMP,                        :
JULIE GILLMAN, and                       :
KELLIE KIRKBRIDE,                        :
                                         :
        Defendants.                      :
                                         :
- - - - - - - - - - - - - - - - - - - - X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Jenna M. Dabbs;

It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 11 2007

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       June 11, 2007

_____
UNITED STATE MAGISTRATE JUDGE
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

AARON CALLOCK, ARTHUR LOWE, a/k/a "Mark," CANE CLARKE, a/k/a "Hawk," JENNY SUE LEASURE, TAMERIA MCKENNEY, BETTY CRAVEN, ROBERTA BRASSEUR, JOSEPH HARTLINE, a/k/a "Mike," CHRISTIN VANCAMP, JULIE GILLMAN, and KELLIE KIRKBRIDE,

Defendants.

## ORDER

07 Cr. 500

                                      MICHAEL J. GARCIA
                                      United States Attorney.