# MEMO ENDORSED

**PHILIP C. POPA**

ATTORNEY AND COUNSELOR AT LAW
229 ½ S. CHESTNUT ST.
RAVENNA, OH 44266
(330) 296-9199 - PHONE
(330) 296-4137 - FAX
EMAIL: pphilpo@yahoo.com

November 5, 2007

United States District Court
Southern District of New York
**Att'n: The Honorable Thomas P. Griesa**
500 Pearl Street
Room 1630
New York, NY 10007-1312

RE:  United States V. Callock
     Case No.: 2007 CR 00500
     Betty Craven- Co-Defendant

RECEIVED NOV 8 2007 CHAMBERS OF JUDGE GRIESA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07

Your Honor:

I represent Co-Defendant Betty Craven in the above-referenced matter, which is set for a conference on November 13th, 2007.

I am requesting at this time that Ms. Craven be exempted from personally appearing for this matter for the following reasons:

1. It is a brief Status Conference, and her presence would not substantively affect the proceedings, and would be prohibitively expensive for her

2. She is under pre-trial release and involved in an intense rehabilitation program, and to leave at this time could have a negative effect on her recovery process

3. The United States Attorney in this matter, Jenna Dabbs, is aware of all of this and gives her consent that Betty Craven's attendance should be waived in this matter.

Sincerely,

Philip C. Popa
Attorney at Law

*Approved.*
Thomas P. Griesa
US DJ
11/9/07